# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR415** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **V & V CONSTRUCTION,** | ) | |
| **Defendant.** | ) | |

IT IS ORDERED that pursuant to the plea hearing held before this Court on March 2, 2015, and the corporate resolution provided by the Defendant V & V Construction, Inc., attached hereto, the Court accepts the Defendant's plea of guilty to Count I of the Information.

DATED this 20th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge



V & V Construction, Inc.  
2308 S16th St  
Omaha, NE 68108  
Phone: (402)342-5364  
Fax:   (402)342-4414

# CORPORATE RESOLUTION

To All Concerned:

The Board of Directors for V & V Construction, Inc. met on February 25th, 2015, pursuant to lawful notice. At the meeting the Board, after motion and vote, unanimously authorized Peter J. Vincentini to represent V & V Construction, Inc. in all matters pertaining to the "Disputes concerning the payment of prevailing wage rates and/or fringe benefits and submission of falsified payroll records."

Mr. Peter J Vincentini is authorized to speak and/or sign on behalf of V & V Construction, Inc., case number 8:14-CR-00415-LSC-TDT in the United States District Court for the District of Nebraska.

All board members present and signing:

_Peter J Vincentini_  
_John O Vincentini_